[L. A. No. 5098.   In Bank.—January 29, 1917.]

WESTERN INDEMNITY COMPANY et al., Petitioners, v. INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA et al., Respondents.

WORKMEN'S COMPENSATION ACT—STATEMENTS OF DECEASED EMPLOYEE AS TO INJURY—CONSTITUTIONAL LAW.—The provisions of section 77a of the Workmen's Compensation Act, as amended in 1915, authorizing the admission in evidence in proceedings for compensation of hearsay testimony of the statements of the deceased employee relating directly to his injury, are not unconstitutional.

APPLICATION for a Writ of Certiorari to review an award of the Industrial Accident Commission of the State of California.

The facts are stated in the opinion of the court.

Duke Stone, for Petitioners.

Christopher M. Bradley, for Respondents.

THE COURT.—The hearsay testimony complained of relative to the statements of the deceased employee relating directly to his injury was competent under the provisions of section 77a of the Workmen's Compensation, Insurance and Safety Act, as amended in 1915, [Stats. 1915, p. 1102].

We are satisfied that such provisions cannot be held invalid as opposed to any provision of our constitution.

The application for a writ of review is denied.

Rehearing denied.